**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2025.**



In The

# Fifteenth Court of Appeals

———————————

## NO. 15-25-00204-CV

———————————

**GABRYELLE DANIELS, Appellant**

**V.**

**KELLY JANES, Appellee**

**On Appeal from the Justice of the Peace, Precinct 5
Travis County, Texas, Trial Court Cause No. JP-CV-277030**

## MEMORANDUM OPINION

Appellant filed a motion to dismiss this appeal. On November 17, 2025, we notified the parties that the appeal would be dismissed unless any party filed an objection by December 1, 2025. No objection was filed. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.